Wesley D. Hutchins
*Attorney Pro Se*
7590 N. Mesa Vista Cir.
Eagle Mountain, UT  84005
wesleydhutchins@gmailcom
(385) 441-1236

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
11:13 am, Sep 23, 2021
**JEFFREY P. COLWELL, CLERK**

IN THE UNITED STATES FEDERAL DISTRICT COURT

DISTRICT OF COLORADO

| | | |
|---|---|---|
| WESLEY D. HUTCHINS, | ) | **RULE 41(a)(1)(A) NOTICE OF** |
| | ) | **DISMISSAL AND REQUEST FOR** |
| Plaintiff, | ) | **REFUND OF FILING FEE** |
| | ) | |
| vs. | ) | Case No.: 21-CV-02093-DDD |
| | ) | |
| LARIMER COUNTY, a political | ) | Judge: Domenico |
| subdivision of the State of Colorado, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Wesley D.

Hutchins, hereby gives notice of the dismissal of his Verified Complaint and Jury Demand.  This

dismissal is without prejudice.  Moreover, Plaintiff requests a refund of the $350 filing fee for

the reason that said fee was paid by Plaintiff's sister and her husband who are residents of the

cabin which was rendered inaccessible to them with the demolition of the bridge that was the

subject of this litigation, and they are now without a home, and are retired living on a fixed

budget.

DATED this 23rd day of September, 2021.

/S/ *Wesley D. Hutchins*
Plaintiff, Pro Se

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of September, 2021, I caused to be served a true and correct copy of the foregoing RULE 41(a)(1)(A) NOTICE OF DISMISSAL AND REQUEST FOR REFUND OF FILING FEE to the following:

VIA EMAIL:
Larimer County Attorney
William Ressue
ressuewg@co.larimer.co.us
ressuewg@co.larimer.org

/S/ *Wesley D. Hutchins*
Plaintiff, Pro Se